**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JANET MARCUSSE,

    Petitioner,

v.                                          CASE NO. 4:11cv301-MP-WCS

Warden W. T. TAYLOR,

    Respondent.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 9, 2011.  (Doc. 8).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc.1), challenging the judgment imposed in the Western District of Michigan, is DISMISSED.

    **DONE and ORDERED** this 21st day of November, 2011.

                                            s/ _M. Casey Rodgers_
                                            **M. CASEY RODGERS
                                            CHIEF UNITED STATES DISTRICT JUDGE**